Knute A. Rife (#4756)
**WRONA LAW FIRM, P.C.**
11650 South State Street, Suite 103
Draper, Utah 84020
Telephone:  (801) 676-5252
Facsimile:  (801) 676-5262
*Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In Re:  JULIE RAY PEACOCK<br>        SSN:  XXX-XX-9816<br><br>Debtor. | **OBJECTION TO CLAIM**<br><br>Case No. 09-31801<br>Chapter 7 |

Pursuant to 11 U.S.C. §502(b) and Bankruptcy Rule 3007(a), Debtor hereby objects Claim No. 4, filed by David Bruce Buttars.  The claim is based on a judgment in Third District Court Case No. 080907276.  This judgment is currently before the Utah Court of Appeals, Case No. 20090403-CA.

Dated 31st day of May, 2011.

        WRONA LAW FIRM, P.C.

          /s/ Knute A. Rife                                ,
        Knute A. Rife
        Attorney for Debtor

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing **OBJECTION TO CLAIM** to the following via the stated media on the 31st day of May, 2011.

Office of the U.S. Trustee (via ECF)
405 South Main, Suite 300
Salt Lake City, UT 84111

Elizabeth Loveridge (via ECF)
David A. Nill
WOODBURY & KESLER, P.C.
P.O. Box 3358
Salt Lake City, UT 84110-3358

Adam D. Ford (via U.S. Mail, postage prepaid)
Ford & Huff LC
10542 South Jordan Pkwy., Ste. 300
South Jordan, UT 84095

/s/   Knute A. Rife