UNITED STATES BANKRUPTCY COURT
DISTRICT OF  UTAH

In re: §
§
Peacock, Julie Ray § Case No. 09-31801
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth Rose Loveridge, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 16,225.00    Assets Exempt: 5,700.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 28,480.66    Claims Discharged
Without Payment: 59,954.59

Total Expenses of Administration: 17,701.34

3) Total gross receipts of $ 46,182.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 46,182.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 15,108.57 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 17,701.34 | 17,701.34 | 17,701.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 93,484.24 | 49,099.09 | 49,099.09 | 28,480.66 |
| **TOTAL DISBURSEMENTS** | $ 108,592.81 | $ 66,800.43 | $ 66,800.43 | $ 46,182.00 |

4) This case was originally filed under chapter 7 on 10/26/2009 . The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/21/2014           By:/s/Elizabeth Rose Loveridge
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refunds | 1224-000 | 2,176.00 |
| Other Litigation/Settlement | 1249-000 | 44,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 6.00 |
| **TOTAL GROSS RECEIPTS** | | **$46,182.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | America First Credit Union 3190 South Richmond Street Salt Lake City, UT 84106 | | 15,108.57 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 15,108.57** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH R. LOVERIDGE | 2100-000 | NA | 5,368.20 | 5,368.20 | 5,368.20 |
| ELIZABETH R. LOVERIDGE | 2200-000 | NA | 128.47 | 128.47 | 128.47 |
| Bank of America | 2600-000 | NA | 58.83 | 58.83 | 58.83 |
| Bank of America | 2600-000 | NA | 56.86 | 56.86 | 56.86 |
| Bank of America | 2600-000 | NA | 56.79 | 56.79 | 56.79 |
| Bank of America | 2600-000 | NA | 60.34 | 60.34 | 60.34 |
| Bank of America | 2600-000 | NA | 54.61 | 54.61 | 54.61 |
| Bank of America | 2600-000 | NA | 56.43 | 56.43 | 56.43 |
| Bank of America | 2600-000 | NA | 58.23 | 58.23 | 58.23 |
| Bank of America | 2600-000 | NA | 58.16 | 58.16 | 58.16 |
| Bank of America | 2600-000 | NA | 54.34 | 54.34 | 54.34 |
| Bank of America | 2600-000 | NA | 59.89 | 59.89 | 59.89 |
| Bank of America | 2600-000 | NA | 24.30 | 24.30 | 24.30 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 16.86 | 16.86 | 16.86 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 28.10 | 28.10 | 28.10 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 29.02 | 29.02 | 29.02 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 28.06 | 28.06 | 28.06 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 28.97 | 28.97 | 28.97 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 48.26 | 48.26 | 48.26 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 43.55 | 43.55 | 43.55 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 48.17 | 48.17 | 48.17 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 46.56 | 46.56 | 46.56 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 48.07 | 48.07 | 48.07 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 46.47 | 46.47 | 46.47 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 47.97 | 47.97 | 47.97 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 250.00 | 250.00 | 250.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WOODBURY & KESLER, P.C. | 3110-000 | NA | 10,292.50 | 10,292.50 | 10,292.50 |
| WOODBURY & KESLER, P.C. | 3120-000 | NA | 8.33 | 8.33 | 8.33 |
| BARBARA M. SMITH ACCOUNTING, INC. | 3410-000 | NA | 595.00 | 595.00 | 595.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 17,701.34 | $ 17,701.34 | $ 17,701.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | America First Credit Union | | 9,336.16 | NA | NA | 0.00 |
| | David Bruce Buttars 8774 Gorgoza Dr. Park City, UT 84098 | | 0.00 | NA | NA | 0.00 |
| | Kay Burningham attorney at Law 9235 Sandtrap Court Park City, UT 84098 | | 30,000.00 | NA | NA | 0.00 |
| 000002 | CHASE BANK USA, N.A. | 7100-000 | 3,481.41 | 3,481.41 | 3,481.41 | 3,203.50 |
| 000004 | DAVID BRUCE BUTTARS | 7100-000 | 30,000.00 | 24,361.36 | 24,361.36 | 22,416.70 |
| 000001 | DISCOVER BANK | 7100-000 | 2,832.67 | 3,108.61 | 3,108.61 | 2,860.46 |
| 000003 | UHEAA | 7100-000 | 17,834.00 | 18,147.71 | 18,147.71 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 93,484.24 | $ 49,099.09 | $ 49,099.09 | $ 28,480.66 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-31801 | WTT | Judge: William T. Thurman | Trustee Name: | Elizabeth Rose Loveridge |
|---|---|---|---|---|---|
| Case Name: | Peacock, Julie Ray | | | Date Filed (f) or Converted (c): | 10/26/09 (f) |
| | | | | 341(a) Meeting Date: | 12/08/09 |
| For Period Ending: | 01/21/14 | | | Claims Bar Date: | 07/08/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash & checking accounts | 25.00 | 0.00 | | 0.00 | FA |
| America First Credit Union, Salt Lake City, Brickyard Plaza Branch | | | | | |
| 2. Household goods | 100.00 | 0.00 | | 0.00 | FA |
| beds and bedding and desk | | | | | |
| 3. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| my personal clothing | | | | | |
| 4. Insurance Policies | 3,000.00 | 0.00 | | 0.00 | FA |
| Reassure America Life Insurance, Salt Lake City. | | | | | |
| 5. Stock | 5,000.00 | 0.00 | | 0.00 | FA |
| Co owned stock with my mother Lois Peacock in Ellipse Technology owned by CEO David Buttars who refuses to recind the $10,000.00 in stock options to Julie and Lois Peacock after multiple requests. | | | | | |
| 6. Vehicles | 8,000.00 | 0.00 | | 0.00 | FA |
| 2002 Audi TT, Location: 1441 Bryan Avenue, Salt Lake City UT | | | | | |
| 7. Tax Refunds (u) | 0.00 | 2,176.00 | | 2,176.00 | FA |
| potential 2009 tax refunds | | | | | |
| 8. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 6.00 | FA |
| 9. Other Litigation/Settlement (u) | 0.00 | 44,000.00 | | 44,000.00 | FA |
| Settlement w/ Louis Peacock | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $16,225.00    $46,176.00    $46,182.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.04c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-31801   WTT   Judge: William T. Thurman | Trustee Name: | Elizabeth Rose Loveridge |
| Case Name: | Peacock, Julie Ray | Date Filed (f) or Converted (c): | 10/26/09 (f) |
| | | 341(a) Meeting Date: | 12/08/09 |
| | | Claims Bar Date: | 07/08/10 |

Case Notes 1/10 - 12/10:   Liquidated 2009 tax refunds; Filed Request to File Claims 04/07/10; Filed Adv 10-02504 against Lois Peacock for Fraudulent Transfer; W&K employed by order 12/28/09

Closure Notes:  Trustee negotiated with Lois Peacock to settle the case.  There is a settlement in principal.  Need to finalize the settlement and get it approved.

Case Notes 1/11 - 12/11: Filed Motion to Approve Settlement with Lois Peacock granted by Order dated 7/11/11;  Employed Barbara Smith as accountant to file estate tax returns (granted by order dated 10/5/11);Estate returns being prepared.

Case Notes 1/12 - 12/12:  Filed Final Application for Compensation for Barbara Smith on 7/25/2012. Filed estate tax returns

Closure Notes:  POC analysis and TFR due.

Initial Projected Date of Final Report (TFR): 12/31/11          Current Projected Date of Final Report (TFR): 06/30/13

FORM 2         Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**      Exhibit 9

| Case No: | 09-31801 -WTT | Trustee Name: | Elizabeth Rose Loveridge |
|---|---|---|---|
| Case Name: | Peacock, Julie Ray | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******1341 Checking - Non Interest |
| Taxpayer ID No: | *******7461 | | |
| For Period Ending: | 01/21/14 | Blanket Bond (per case limit): | $ 87,935,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 45,583.22 | | 45,583.22 |
| 09/24/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 16.86 | 45,566.36 |
| 10/16/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 28.10 | 45,538.26 |
| 11/06/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 29.02 | 45,509.24 |
| 12/07/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 28.06 | 45,481.18 |
| 01/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 28.97 | 45,452.21 |
| 02/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 48.26 | 45,403.95 |
| 03/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 43.55 | 45,360.40 |
| 04/05/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 48.17 | 45,312.23 |
| 05/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 46.56 | 45,265.67 |
| 06/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 48.07 | 45,217.60 |
| 07/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 46.47 | 45,171.13 |
| 08/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 47.97 | 45,123.16 |
| 09/18/13 | 001001 | Elizabeth R. Loveridge<br>525 E 100 S Ste 300<br>Salt Lake City, UT  84102 | Chapter 7 Compensation/Fees | 2100-000 | | 5,368.20 | 39,754.96 |
| 09/18/13 | 001002 | Elizabeth R. Loveridge<br>525 E 100 S Ste 300<br>Salt Lake City, UT  84102 | Chapter 7 Expenses | 2200-000 | | 128.47 | 39,626.49 |
| 09/18/13 | 001003 | WOODBURY & KESLER, P.C.<br>ATTORNEYS FOR TRUSTEE - EXP<br>265 EAST 100 SOUTH, STE 300<br>SALT LAKE CITY, UT 84111 | Claim 0000C, Payment 100.00000% | 3120-000 | | 8.33 | 39,618.16 |
| 09/18/13 | 001004 | Clerk, U.S. Bankruptcy Court<br>Frank E. Moss, U.S. Courthouse<br>350 South Main Street, #301<br>Salt Lake City, Utah 84101 | Claim 0000D, Payment 100.00000%<br>deferred filing fee adv # 10-02504 | 2700-000 | | 250.00 | 39,368.16 |
| 09/18/13 | 001005 | WOODBURY & KESLER, P.C. | Claim 0000B, Payment 100.00000% | 3110-000 | | 10,292.50 | 29,075.66 |
| | | | Page Subtotals | | 45,583.22 | 16,507.56 | |

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-31801 -WTT | Trustee Name: | Elizabeth Rose Loveridge |
|---|---|---|---|
| Case Name: | Peacock, Julie Ray | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******1341  Checking - Non Interest |
| Taxpayer ID No: | *******7461 | | |
| For Period Ending: | 01/21/14 | Blanket Bond (per case limit): | $ 87,935,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 09/18/13 | 001006 | ATTORNEYS FOR TRUSTEE - FEES<br>265 EAST 100 SOUTH, STE 300<br>SALT LAKE CITY, UT 84111<br>Barbara M. Smith Accounting, Inc.<br>Attn: Barbara M. Smith<br>PO Box 957<br>Centerville, UT 84014 | Claim 0000A, Payment 100.00000% | 3410-000 | | 595.00 | 28,480.66 |
| | 09/18/13 | 001007 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000001, Payment 58.00663%<br>acct # 7288 | 7100-000 | | 1,803.20 | 26,677.46 |
| | 09/18/13 | 001008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 58.00638%<br>acct # 1981 | 7100-000 | | 2,019.44 | 24,658.02 |
| * | 09/18/13 | 001009 | UHEAA<br>Po Box 145108<br>Salt Lake City, UT 84114 | Claim 000003, Payment 58.00649%<br>acct # 3289369788 | 7100-003 | | 10,526.85 | 14,131.17 |
| | 09/18/13 | 001010 | David Bruce Buttars<br>c/o Adam D. Ford<br>2975 Executive Parkway, Ste200<br>Lehi, UT 84043 | Claim 000004, Payment 58.00649%<br>acct # 9816 | 7100-000 | | 14,131.17 | 0.00 |
| * | 09/26/13 | 001009 | UHEAA<br>Po Box 145108<br>Salt Lake City, UT 84114 | Claim 000003, Payment 58.00649%<br>this was returned to us by creditor as paid in full. Do 2nd distribution per ERL | 7100-003 | | -10,526.85 | 10,526.85 |
| | 09/30/13 | 001011 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000001, Payment 34.01070%<br>acct # 7288 | 7100-000 | | 1,057.26 | 9,469.59 |
| | 09/30/13 | 001012 | Chase Bank USA, N.A.<br>PO Box 15145 | Claim 000002, Payment 34.01093%<br>acct # 1981 | 7100-000 | | 1,184.06 | 8,285.53 |

Page Subtotals         0.00         20,790.13

Ver: 17.04c

LFORM24

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-31801 -WTT |
| Case Name: | Peacock, Julie Ray |
| Taxpayer ID No: | *******7461 |
| For Period Ending: | 01/21/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth Rose Loveridge |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******1341 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 87,935,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/13 | 001013 | Wilmington, DE 19850-5145<br>David Bruce Buttars<br>c/o Adam D. Ford<br>2975 Executive Parkway, Ste200<br>Lehi, UT 84043 | Claim 000004, Payment 34.01095%<br>acct # 9816 | 7100-000 | | 8,285.53 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 45,583.22 | 45,583.22 | 0.00 |
| Less: Bank Transfers/CD's | | 45,583.22 | 0.00 | |
| Subtotal | | 0.00 | 45,583.22 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 45,583.22 | |

Page Subtotals        0.00        8,285.53

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-31801 -WTT | Trustee Name: | Elizabeth Rose Loveridge |
|---|---|---|---|
| Case Name: | Peacock, Julie Ray | Bank Name: | Bank of America |
|  |  | Account Number / CD #: | *******1090  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7461 |  |  |
|  |  | Blanket Bond (per case limit): | $ 87,935,000.00 |
| For Period Ending: | 01/21/14 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 04/01/10 | 7 | United States Treasury | Tax Refund Payment | 1224-000 | 1,827.00 |  | 1,827.00 |
| 04/01/10 | 7 | State of Utah | Tax Refund Payment | 1224-000 | 349.00 |  | 2,176.00 |
| 04/30/10 | 8 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.05 |  | 2,176.05 |
| 05/28/10 | 8 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.05 |  | 2,176.10 |
| 06/30/10 | 8 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.06 |  | 2,176.16 |
| 07/30/10 | 8 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.05 |  | 2,176.21 |
| 08/31/10 | 8 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.06 |  | 2,176.27 |
| 09/30/10 | 8 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.05 |  | 2,176.32 |
| 10/29/10 | 8 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.05 |  | 2,176.37 |
| 11/30/10 | 8 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.06 |  | 2,176.43 |
| 12/31/10 | 8 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.06 |  | 2,176.49 |
| 01/31/11 | 8 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.06 |  | 2,176.55 |
| 02/28/11 | 8 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.02 |  | 2,176.57 |
| 03/31/11 | 8 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.02 |  | 2,176.59 |
| 04/29/11 | 8 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.02 |  | 2,176.61 |
| 05/31/11 | 8 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.02 |  | 2,176.63 |
| 06/10/11 | 9 | Zions Bank Salt Lake City, Utah 84101 | Settlement of Adversary Proceeding (Lois Peacock, adv # 10-02504) | 1249-000 | 44,000.00 |  | 46,176.63 |
| 06/30/11 | 8 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.21 |  | 46,176.84 |
| 07/29/11 | 8 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.39 |  | 46,177.23 |
| 08/31/11 | 8 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.40 |  | 46,177.63 |
| 09/30/11 | 8 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.38 |  | 46,178.01 |
| 10/31/11 | 8 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.39 |  | 46,178.40 |
| 10/31/11 |  | Bank of America | BANK SERVICE FEE | 2600-000 |  | 58.83 | 46,119.57 |
| 11/30/11 | 8 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.38 |  | 46,119.95 |
| 11/30/11 |  | Bank of America | BANK SERVICE FEE | 2600-000 |  | 56.86 | 46,063.09 |
| 12/30/11 | 8 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.39 |  | 46,063.48 |
| 12/30/11 |  | Bank of America | BANK SERVICE FEE | 2600-000 |  | 56.79 | 46,006.69 |

Page Subtotals    46,179.17    172.48

Ver: 17.04c

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-31801 -WTT | | Trustee Name: | Elizabeth Rose Loveridge |
|---|---|---|---|---|
| Case Name: | Peacock, Julie Ray | | Bank Name: | Bank of America |
| | | | Account Number / CD #: | *******1090 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7461 | | | |
| For Period Ending: | 01/21/14 | | Blanket Bond (per case limit): | $ 87,935,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | 8 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.39 | | 46,007.08 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 60.34 | 45,946.74 |
| 02/29/12 | 8 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.36 | | 45,947.10 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 54.61 | 45,892.49 |
| 03/30/12 | 8 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.39 | | 45,892.88 |
| 03/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 56.43 | 45,836.45 |
| 04/30/12 | 8 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.38 | | 45,836.83 |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 58.23 | 45,778.60 |
| 05/31/12 | 8 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.39 | | 45,778.99 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 58.16 | 45,720.83 |
| 06/29/12 | 8 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.37 | | 45,721.20 |
| 06/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 54.34 | 45,666.86 |
| 07/31/12 | 8 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.39 | | 45,667.25 |
| 07/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 59.89 | 45,607.36 |
| 08/14/12 | 8 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 45,607.52 |
| 08/14/12 | | Bank of America 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 24.30 | 45,583.22 |
| 08/14/12 | | Trsf To FIRST NATIONAL BANK OF VINI | FINAL TRANSFER | 9999-000 | | 45,583.22 | 0.00 |

| | | | Page Subtotals | | 2.83 | 46,009.52 | |

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-31801 -WTT | Trustee Name: | Elizabeth Rose Loveridge |
|---|---|---|---|
| Case Name: | Peacock, Julie Ray | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******1090  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7461 | | |
| For Period Ending: | 01/21/14 | Blanket Bond (per case limit): | $ 87,935,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 46,182.00 | 46,182.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 45,583.22 | |
| | | | Subtotal | | 46,182.00 | 598.78 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 46,182.00 | 598.78 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - ********1341 | 0.00 | 45,583.22 | 0.00 |
| Money Market - Interest Bearing - ********1090 | 46,182.00 | 598.78 | 0.00 |
| | 46,182.00 | 46,182.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)